RIDC Industrial Development Fund *v.* Nuclear
Magnetic Resonance Specialties,
Inc., Appellant.

Submitted March 23, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Irving M. Green* and *Louis H. Ceraso,* for appellant.

*Robert M. Brown,* and *Ruffin, Perry, Springer & Hazlett,* for appellee.

OPINION PER CURIAM, October 12, 1971:
Decree affirmed. Appellant to pay costs.